# EXHIBIT A

**From:** mhernandez@onebananas.com
**Sent:** Monday, January 11, 2021 12:14 PM
**To:** diana.andrade@msc.com
**CC:** romina.cardenas@msc.com
**Subject:** Re: BOOKING WK-01 // AGROBERRUZ

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Gracias Diana.

Por esta via confirmo aceptación de la cotización.

Saludos,

Mario

On Mon, Jan 11, 2021 at 11:09 AM <diana.andrade@msc.com> wrote:

Estimado Mario,

Notar detalle de actualización de tarifa en base a 5-7 unidades semanales.

POL: GUAYAQUIL/PTO BOLIVAR
POD: SEATTLE
TT: 30 días via Rodman
Rate: USD2730 (INCL CSF, LSC SPD USC)
+BRQ $474 per cntr (quarterly variation)
+THCO $195 per cntr
+ACS $500 per cntr (Starcool)
+CGS $300 per cntr (Congestion surcharge)
Special conditions:
  - POL CONDITIONS: 48 hours of plugging prior to cut off & 5 free days of detention
  - POD CONDITIONS: 5 free calendar days of demurrage and detention
Subject to local charge origin/destination.
Validity: 31.12.2021
Bunker/BRQ as quarterly variation

LOCAL CHARGE ECUADOR:

| | |
|---|---|
| BL ISSUE | USD 89,60/BL |
| ADMIN/ADJUSTMENTS AND LOGISTICS SECURITY | USD 56,00/cntr. |
| CONTAINER SECURITY FEE | USD 24,64/cntr. |
| RELEASE FEE (Telex release o Express Bill) | USD 53,76 /cntr. |
| DRAYAGE FEE (only apply at Puerto Bolivar) | USD 52.50/cntr. |
| COLLECTION FEE (THCO prepaid) | USD 31,36/cntr |

**USA LOCAL CHARGES**
(favor considerar los valores que serán manifestados en Bl/condición collect, caso contrario indicarlo en el momento de la reserva para cambio de instrucción):

| Charge | Description | To Be Manifested ? | Amount | Currency | Based on | Remarks |
|---|---|---|---|---|---|---|
| CUC | CHASIS | Yes | 80.00 | USD | By Container | Not applicable for POD: USPEF, USMIA, USTPA / Optional cost, if customer don't use our chassis it will be delete |

|  | CHASSIS (CUC) |  |  |  |  |  |
| USA |  |  | Additional days/per day |  |  |  |
| REEFER | $80 (quoted) |  | $18 |  |  |  |

Best Regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**

As agent for MSC Mediterranean Shipping Company S.A., Geneva



¡Califica nuestro servicio!



**From:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA))
**Sent:** lunes, 11 de enero de 2021 11:15
**To:** Mario Arturo Hernandez N. <mhernandez@onebananas.com>
**Cc:** Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>
**Subject:** RE: BOOKING WK-01 // AGROBERRUZ

Buenos días,
Adiciono costo por atmosfera controlada:
POL: GUAYAQUIL/PTO BOLIVAR
POD: SEATTLE
TT: 30 días via Rodman
Rate: USD3030 (INCL CSF, LSC SPD)
+BRQ $474 per cntr (quarterly variation)
+THCO $195 per cntr

+USC $25/BL
+ACS $500 per cntr (Starcool)
+CGS $300 per cntr (Congestion surcharge)
Special conditions:
- POL CONDITIONS: 48 hours of plugging prior to cut off & 5 free days of detention
- POD CONDITIONS: 5 free calendar days of demurrage and detention

Subject to local charge origin/destination.
Validity: 31.12.2021
Bunker/BRQ as quarterly variation

### LOCAL CHARGE ECUADOR:

| | |
|---|---|
| BL ISSUE | USD 89,60/BL |
| ADMIN/ADJUSTMENTS AND LOGISTICS SECURITY | USD 56,00/cntr. |
| CONTAINER SECURITY FEE | USD 24,64/cntr. |
| RELEASE FEE (Telex release o Express Bill) | USD 53,76 /cntr. |
| DRAYAGE FEE (only apply at Puerto Bolivar) | USD 52.50/cntr. |
| COLLECTION FEE (THCO prepaid) | USD 31,36/cntr |

## USA LOCAL CHARGES

(favor considerar los valores que serán manifestados en Bl/condición collect, caso contrario indicarlo en el momento de la reserva para cambio de instrucción):

| Charge | Description | To Be Manifested ? | Amount | Currency | Based on | Remarks |
|---|---|---|---|---|---|---|
| CUC | CHASIS | Yes | 80.00 | USD | By Container | Not applicable for POD: USPEF, USMIA, USTPA / Optional cost, if customer don't use our chassis it will be delete |
| | CHASSIS (CUC) | | | | | |
| USA | | | Additional days/per day | | | |
| REEFER | | $80 (quoted) | $18 | | | |

Best Regards,
**Diana Andrade**
Liner of Americas and Far East
**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**
Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador
**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**
As agent for MSC Mediterranean Shipping Company S.A., Geneva







**From:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA))
**Sent:** lunes, 11 de enero de 2021 11:11
**To:** Mario Arturo Hernandez N. <mhernandez@onebananas.com>

**Cc:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>
**Subject:** BOOKING WK-01 // AGROBERRUZ

Estimado Mario,

Notar detalle de nuestra oferta anual para destino Seattle.

Acorde a lo conversado, actualmente estamos aplicando el recargo de congestión para el West Coast debido a la congestión que presentamos, una vez mejore la situación, este recargo será eliminado de su tarifa.

Déjeme saber sus comentarios y si podemos incluir otros puertos de Estados Unidos, actualmente tenemos Philadelphia con 15 días de TT y Savannah con 10 días de TT.

Gracias.

POL: GUAYAQUIL/PTO BOLIVAR
POD: SEATTLE
TT: 30 días via Rodman
Rate: USD3030 (INCL CSF, LSC SPD)
+BRQ $474 per cntr (quarterly variation)
+THCO $195 per cntr
+USC $25/BL
+CGS $300 per cntr (Congestion surcharge)
Special conditions:

- POL CONDITIONS: 48 hours of plugging prior to cut off & 5 free days of detention
- POD CONDITIONS: 5 free calendar days of demurrage and detention

Subject to local charge origin/destination.
Validity: 31.12.2021
Bunker/BRQ as quarterly variation

LOCAL CHARGE ECUADOR:

| | |
|---|---|
| BL ISSUE | USD 89,60/BL |
| ADMIN/ADJUSTMENTS AND LOGISTICS SECURITY | USD 56,00/cntr. |
| CONTAINER SECURITY FEE | USD 24,64/cntr. |
| RELEASE FEE (Telex release o Express Bill) | USD 53,76 /cntr. |
| DRAYAGE FEE (only apply at Puerto Bolivar) | USD 52.50/cntr. |
| COLLECTION FEE (THCO prepaid) | USD 31,36/cntr |

**USA LOCAL CHARGES**
(favor considerar los valores que serán manifestados en Bl/condición collect, caso contrario indicarlo en el momento de la reserva para cambio de instrucción):

| Charge | Description | To Be Manifested ? | Amount | Currency | Based on | Remarks |
|---|---|---|---|---|---|---|
| CUC | CHASIS | Yes | 80.00 | USD | By Container | Not applicable for POD: USPEF, USMIA, USTPA / Optional cost, if customer don't use our chassis it will be delete |
| | CHASSIS (CUC) | | | | | |
| USA | | | Additional days/per day | | | |
| REEFER | $80 (quoted) | | $18 | | | |

Best Regards,
**Diana Andrade**
Liner of Americas and Far East
**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**
Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador
**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**
As agent for MSC Mediterranean Shipping Company S.A., Geneva



mscfoundation.org/donate-now

¡Califica nuestro servicio!



**From:** Mario Arturo Hernandez N. <mhernandez@onebananas.com>
**Sent:** lunes, 11 de enero de 2021 10:53
**To:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>
**Subject:** Re: BOOKING WK-01 // AGROBERRUZ

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenos dias Diana,
Dandole seguimiento a nuestra conversación de la semana pasada. Quedo en espera de cotización para un contrato de 5 contenedores semanales con destino a Seattle.
Saludos cordiales,
Mario
On Wed, Dec 30, 2020, 11:17 AM <diana.andrade@msc.com> wrote:

Estimado Mario,

Favor déjeme saber si podemos revisar tarifas y volúmenes para puertos de Estados Unidos.

Gracias.

Best Regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W:**

--



## Mario Arturo Hernandez Novelo

mhernandez@onebananas.com
Office:
Cell:
Cell U.S.:

Find out more about how ONE BANANA MAKES A DIFFERENCE at www.onebananas.com

English Translation

**From:** mhernandez@onebananas.com
**Sent:** Monday, January 11, 2021 12:14 PM
**To:** diana.andrade@msc.com
**CC:** romina.cardenas@msc.com
**Subject:** Re: BOOKING WK-01 // AGROBERRUZ

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Diane.

By this means I confirm acceptance of the quote.

Cheers,

Mario

On Mon, Jan 11, 2021 at 11:09 AM <diana.andrade@msc.com> wrote:

Dear Mario,

Note rate update details based on 5-7 weekly units.

POL: GUAYAQUIL/PTO BOLIVAR
POD: SEATTLE
TT: 30 days via Rodman
Rate: USD2730 (INCL CSF, LSC SPD USC)
+BRQ $474 per cntr (quarterly variation)
+THCO $195 per cntr
+DHW $500 per cntr (Starcool)
+CGS $300 per cntr (Congestion surcharge)
Special conditions:
   • POL CONDITIONS: 48 hours of plugging prior to cut off & 5 free days of detention
   • POD CONDITIONS: 5 free calendar days of demurrage and detention
Subject to local charge origin/destination.
Validity: 31.12.2021
Bunker/BRQ as quarterly variation

LOCAL CHARGE ECUADOR:

| | |
|---|---|
| BL ISSU | $89.60/BL |
| ADMIN/ADJUSTMENTS AND LOGISTICS SECURITY | USD 56.00/ctr. |
| CONTAINER SECURITY FEE | USD 24.64/ctr. |
| RELEASE FEE (Telex release or Express Bill) | USD 53.76 /ctr. |
| DRAYAGE FEE (only apply at Puerto Bolivar) | USD 52.50/ctr. |
| COLLECTION FEE (THCO prepaid) | USD 31.36/cent |

**USA LOCAL CHARGES**
(please consider the values that will be shown in Bl/collect condition, otherwise indicate it at the time of booking for instruction change):

| Charge Description | To Be Manifested? | Amount Currency Based on Remarks | | |
|---|---|---|---|---|
| CUC    CHASSIS | And it is | $80.00 | By Container | Not applicable for POD: USPEF, USMIA, USTPA / Optional cost, if customer don't use our chassis it will be deleted |
| CHASSIS (CUC) USES | | | | |
| REEFER | $80 (quoted) | Additional days/per day $18 | | |

Best regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**

Av. Fco de Orellana  , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**

As agent for MSC Mediterranean Shipping Company SA, Geneva



¡Califica nuestro servicio!



---

**From:** Diana Andrade (MSC del Ecuador CA (EMESSEA))
**Sent:** Monday, January 11, 2021 11:15
**To:** Mario Arturo Hernandez N. <mhernandez@onebananas.com>
**Cc:** Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>
**Subject:** RE: BOOKING WK-01 // AGROBERRUZ

Hello,
I add cost for controlled atmosphere:
POL: GUAYAQUIL/PTO BOLIVAR
POD: SEATTLE
TT: 30 days via Rodman
Rate: USD3030 (INCL CSF, LSC SPD)
+BRQ $474 per cntr (quarterly variation)
+THCO $195 per cntr

+USC$25/BL

+DHW $500 per cntr (Starcool)

+CGS $300 per cntr (Congestion surcharge)

Special conditions: •

    POL CONDITIONS: 48 hours of plugging prior to cut off & 5 free days of detention

    • POD CONDITIONS: 5 free calendar days of demurrage and detention

Subject to local charge origin/destination.

Validity: 31.12.2021

Bunker/BRQ as quarterly variation

LOCAL CHARGE ECUADOR:

| | |
|---|---|
| BL ISSU | $89.60/BL |
| ADMIN/ADJUSTMENTS AND LOGISTICS SECURITY | USD 56.00/ctr. |
| CONTAINER SECURITY FEE | USD 24.64/ctr. |
| RELEASE FEE (Telex release or Express Bill) | USD 53.76 /ctr. |
| DRAYAGE FEE (only apply at Puerto Bolivar) | USD 52.50/ctr. |
| COLLECTION FEE (THCO prepaid) | USD 31.36/cent |

**USA LOCAL CHARGES**

(please consider the values that will be shown in Bl/collect condition, otherwise indicate it at the time of booking for instruction change):

| Charge Description | To Be Manifested? | Amount Currency Based on | | Remarks |
|---|---|---|---|---|
| CUC   CHASSIS | And it is<br>CHASSIS (CUC) | $80.00 | By Container | Not applicable for POD: USPEF, USMIA, USTPA / Optional cost, if customer don't use our chassis it will be deleted |
| USES | | Additional days/per day $18 | | |
| REEFER | $80 (quoted) | | | |

Best Regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**

Av. Fco de Orellana    , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**

As agent for MSC Mediterranean Shipping Company SA, Geneva







**From:** Diana Andrade (MSC del Ecuador CA (EMESSEA))

**Sent:** Monday, January 11, 2021 11:11

**To:** Mario Arturo Hernandez N. <mhernandez@onebananas.com>

Machine Translated by Google

**Cc:** Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com>; Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>

**Subject:** BOOKING WK-01 // AGROBERRUZ

Dear Mario,

Note details of our annual offer for destination Seattle.

According to what was discussed, we are currently applying the congestion surcharge for the West Coast due to the congestion that we presented, once the situation improves, this surcharge will be eliminated from your rate.

Let me know your comments and if we can include other US ports, we currently have Philadelphia with 15 days TT and Savannah with 10 days TT.

Thanks.

POL: GUAYAQUIL/PTO BOLIVAR
POD: SEATTLE

TT: 30 days via Rodman

Rate: USD3030 (INCL CSF, LSC SPD)

+BRQ $474 per cntr (quarterly variation)

+THCO $195 per cntr
+USC$25/BL

+CGS $300 per cntr (Congestion surcharge)

Special conditions:

  • POL CONDITIONS: 48 hours of plugging prior to cut off & 5 free days of detention
  • POD CONDITIONS: 5 free calendar days of demurrage and detention

Subject to local charge origin/destination.

Validity: 31.12.2021

Bunker/BRQ as quarterly variation

LOCAL CHARGE ECUADOR:

| | |
|---|---|
| BL ISSU | $89.60/BL |
| ADMIN/ADJUSTMENTS AND LOGISTICS SECURITY | USD 56.00/ctr. |
| CONTAINER SECURITY FEE | USD 24.64/ctr. |
| RELEASE FEE (Telex release or Express Bill) | USD 53.76 /ctr. |
| DRAYAGE FEE (only apply at Puerto Bolivar) | USD 52.50/ctr. |
| COLLECTION FEE (THCO prepaid) | USD 31.36/cent |

**USA LOCAL CHARGES**

(please consider the values that will be shown in Bl/collect condition, otherwise indicate it at the time of booking for instruction change):

| Charge Description | | To Be Manifested? | Amount Currency | Based on | Remarks |
|---|---|---|---|---|---|
| CUC | CHASSIS | And it is | $80.00 | By Container | Not applicable for POD: USPEF, USMIA, USTPA / Optional cost, if customer don't use our chassis it will be deleted |
| | | CHASSIS (CUC) | | | |
| USES | | | Additional days/per day | | |
| REEFER | | $80 (quoted) | $18 | | |

Best regards,
**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**

Av. Fco de Orellana  , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador
**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**

As agent for MSC Mediterranean Shipping Company SA, Geneva



mscfoundation.org/**donate-now**

¡Califica nuestro servicio!



---

**From:** Mario Arturo Hernandez N. <mhernandez@onebananas.com> **Sent:**
Monday, January 11, 2021 10:53
**To:** Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com>
**Subject:** Re: BOOKING WK-01 // AGROBERRUZ

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Diana,

Following up on our conversation from last week. I am awaiting a quote for a 5 weekly container contract bound for Seattle.

Best regards,
Mario

On Wed, Dec 30, 2020, 11:17 AM <diana.andrade@msc.com> wrote:

> Dear Mario,
>
> Please let me know if we can review rates and volumes for US ports.
>
> Thanks.
>
> Best regards,
>
> **Diana Andrade**
>
> Liner of Americas and Far East
>
> **MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**
>
> Av. Fco de Orellana    , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador
>
> **T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W:**

--

Machine Translated by Google



Mario Arturo Hernandez Novelo


mhernandez@onebananas.com
Office:
Cell:
Cell US:


Find out more about how ONE BANANA MAKES A DIFFERENCE at www.onebananas.com