# EXHIBIT B

**From:** diana.andrade@msc.com
**Sent:** Tuesday, March 2, 2021 5:13 PM
**To:** pperez@onebananas.com; mhernandez@onebananas.com
**CC:** romina.cardenas@msc.com
**Subject:** PUERTO DEL WEST COAST ESTADOS UNIDOS & CANADA ** MSC ** VALOR POR CONGESTION
**Attachments:** CIRCULAR CGS UPDATE.pdf


Estimados,

Favor notar adjunta nuestra circular, favor considerar que por instrucción de nuestra matriz y por la gran congestión que se mantiene en el West Coast de Estados Unidos, desde el 01 de Abril actualizaremos el cargo de CGS (Congestion surcharge) de $300 a $500 por unidad, iniciando desde la semana 13.

Puerto involucrados: Long Beach, Los Angeles, Oakland, Seattle y Vancouver.

Este valor es provisional, y cuando pase la congestión eliminaríamos el cargo, notar que esto será manifestado como sujeto a la tarifa.

Best Regards,

**Diana Andrade**
Liner of Americas and Far East
**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**
Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador
**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W:** **www.msc.com**
As agent for MSC Mediterranean Shipping Company S.A., Geneva



   



**ACTUALIZACIÓN: CGS CONGESTION SURCHARGE – USWC & CANADA**

Apreciados clientes,

Por la presente informamos que la fuerte congestión persiste en los puertos de la Costa Oeste de Estados Unidos y Canadá. Por lo que nuestra oficina matriz ha actualizado los valores del rubro "CGS - Congestion Surcharge", los mismos que aplicarán desde el 01 de abril del presente, para todas sus exportaciones de carga refrigerada y seca, acorde el siguiente detalle:

| Tipo de Carga | Valor | Puertos de Destino |
|---|---|---|
| Reefer | USD 500 | Seattle, Oakland, Long Beach y Vancouver. |
| Dry | USD 1000 | Seattle, Oakland, Long Beach y Vancouver. |

Para mayor información, consulte con su ejecutivo/a de cuenta.

Atentamente,

**Mediterranean Shipping Company, Ecuador.**

**MSC MEDITERRANEAN SHIPPING COMPANY msc.com**

Av. Fco de Orellana y Alberto Borges, Edif. Centrum, Piso 15, Oficina 2 Guayaquil, Ecuador

T: +5934 381 1900 W: www.msc.com                                                              Page **1** of **1**

# English Translation

Machine Translated by Google

**From:** diana.andrade@msc.com
**Sent:** Tuesday, March 2, 2021 5:13 PM
**To:** pperez@onebananas.com; mhernandez@onebananas.com
**CC:** romina.cardenas@msc.com
**Subject:** PORT OF THE WEST COAST UNITED STATES & CANADA ** MSC ** VALUE FOR CONGESTION

**Attachments:** CIRCULAR CGS UPDATE.pdf

Dear All,

Please note attached our circular, please consider that by instruction of our parent company and due to the great congestion that remains in the West Coast of the United States, from April 1 we will update the CGS (Congestion surcharge) charge from $300 to $500 per unit , starting from week 13.

Port involved: Long Beach, Los Angeles, Oakland, Seattle and Vancouver.

This value is provisional, and when the congestion passes we will eliminate the charge, note that this will be stated as subject to the rate.

Best regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**

Av. Fco de Orellana , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador
**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**

As agent for MSC Mediterranean Shipping Company SA, Geneva



¡Califica nuestro servicio!





**UPDATE: CGS CONGESTION SURCHARGE – USWC & CANADA**

Dear customers,

We hereby inform that the heavy congestion persists in the ports of the West Coast of the United States United and Canada. Therefore, our head office has updated the values of the item "CGS - Congestion Surcharge", the same ones that will apply from April 1 of the present, for all its exports of refrigerated and dry cargo, according to the following detail:

| Type of load | Worth | Destination Ports |
| --- | --- | --- |
| reefer | $500 | Seattle, Oakland, Long Beach and Vancouver. |
| Dry | $1,000 | Seattle, Oakland, Long Beach and Vancouver. |

For more information, consult your account executive.

Sincerely,

**Mediterranean Shipping Company, Ecuador.**

**MSC MEDITERRANEAN SHIPPING COMPANY msc.com**

Av. Fco de Orellana and Alberto Borges, Edif. Centrum, Floor 15, Office 2 Guayaquil, Ecuador

T: +5934 381 1900 W: www.msc.com

Page **1** of **1**