# EXHIBIT C

**From:** aramirez@agroberruz.com
**Sent:** Monday, March 1, 2021 2:48 PM
**To:** flora.jaramillo@msc.com
**CC:** pperez@onebananas.com; darteaga@agroberruz.com; diana.andrade@msc.com; mhernandez@onebananas.com; romina.cardenas@msc.com; marjorie.mendoza@msc.com
**Subject:** Re: AGROBERRUZ SEMANA 09 / ONE BANANAS
**Attachments:** doc01154020210301144504.pdf

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Adjunto.

Saludos Cordiales
Ing. Andrea Ramirez | Exports Department
Cia. Agroberruz S. A.
Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296
Zip Code 090150
Guayaquil, Ecuador

El lun, 1 mar 2021 a las 13:19, <flora.jaramillo@msc.com> escribió:

Estimada Andrea,

Buen día,

Favor su gentil ayuda corrigiendo la carta, considerar que debe ser en hoja membretada de la empresa Agroberruz,

Quedo atenta,

Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com>
**Sent:** lunes, 1 de marzo de 2021 13:12
**To:** Pablo Pérez <pperez@onebananas.com>
**Cc:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>; Dayra Arteaga <darteaga@agroberruz.com>; Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC del Ecuador C.A.

(EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** Re: AGROBERRUZ SEMANA 09 / ONE BANANAS

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Adjunto favor su revision.

Saludos Cordiales

Ing. Andrea Ramirez | Exports Department

Cia. Agroberruz S. A.

Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

El lun, 1 mar 2021 a las 10:46, Pablo Pérez (<pperez@onebananas.com>) escribió:

Agregando a Andrea y Dayra de Agroberruz.

Nos pueden por favor apoyar llenando y firmando la carta que solicita MSC.

Nos están solicitando la misma, ya que los equipos se irán sin atmósfera controlada.

Saludos,

El lun, 1 mar 2021 a las 9:42, <flora.jaramillo@msc.com> escribió:

Estimado Pablo

Correcto, el exportador (shipper) deberá firmar la carta de responsabilidad (LOI).

*Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva





¡Califica nuestro servicio!



Sensitivity: Internal

---

**From:** Pablo Pérez <pperez@onebananas.com>
**Sent:** lunes, 1 de marzo de 2021 10:36
**To:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC del Ecuador C.A. (EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** Re: AGROBERRUZ SEMANA 09 / ONE BANANAS

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Flora,

Esta carta tiene que ser firmada por el shipper?

Por favor confirmar.

Saludos,

El lun, 1 mar 2021 a las 9:31, <flora.jaramillo@msc.com> escribió:

Estimado Pablo,

Buen día,

Adjunto formato LOI, favor su ayuda enviándola via pdf por este medio.

*Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

### MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva



   

Sensitivity: Internal

---

**From:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>
**Sent:** lunes, 1 de marzo de 2021 10:28
**To:** Pablo Pérez <pperez@onebananas.com>; Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC del Ecuador C.A. (EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** RE: AGROBERRUZ SEMANA 09 / ONE BANANAS

Estimado Pablo,

Notado.

Flora favor enviar formato para su firma.

Gracias.

Best Regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W:** **www.msc.com**

As agent for MSC Mediterranean Shipping Company S.A., Geneva



   



---

**From:** Pablo Pérez <pperez@onebananas.com>
**Sent:** lunes, 1 de marzo de 2021 10:27
**To:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC del Ecuador C.A. (EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** Re: AGROBERRUZ SEMANA 09 / ONE BANANAS

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Flora/Diana buenos días,

Firmaremos la carta si es necesario, pero estaremos enviando los equipos sin atmósfera controlada.

Saludos,

El lun, 1 mar 2021 a las 9:24, <flora.jaramillo@msc.com> escribió:

Estimados Pablo/Mario

Buenos días,

Favor su gentil ayuda con comentarios, respecto a mail previo:

\***cito**\*

Acorde a contrato y tiempo de tránsito hacia Seattle, habíamos negociado únicamente manejarlo con atmosfera controlada.

Favor confirmar el no uso de ACS acorde a solicitud del exportador, en caso de su no utilización el exportador deberá firmar carta de responsabilidad (LOI).

\***no cito**\* ..............................................................................................................

Quedamos atentas,

Gracias de antemano,

*Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva



¡Califica nuestro servicio!



Sensitivity: Internal

---

**From:** Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>
**Sent:** viernes, 26 de febrero de 2021 12:04
**To:** Pablo Pérez <pperez@onebananas.com>; Mario Hernandez <mhernandez@onebananas.com>
**Cc:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC del Ecuador C.A. (EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** FW: AGROBERRUZ SEMANA 09 / ONE BANANAS

Estimado Pablo/Mario,

Acorde a contrato y tiempo de tránsito hacia Seattle, habíamos negociado únicamente manejarlo con atmosfera controlaa.

Favor confirmar el no uso de ACS acorde a solicitud del exportador, en caso de su no utilización el exportador deberá firmar carta de responsabilidad (LOI).

Quedo atenta a sus comentarios.

Gracias.

Best Regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Fco de Orellana , Edif. Centrum, Piso 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W:** **www.msc.com**

As agent for MSC Mediterranean Shipping Company S.A., Geneva



¡Califica nuestro servicio!



**From:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Sent:** viernes, 26 de febrero de 2021 11:55
**To:** Andrea Ramírez <aramirez@agroberruz.com>; Diana Andrade (MSC del Ecuador C.A. (EMESSEA)) <diana.andrade@msc.com>
**Cc:** Pablo Perez <pperez@onebananas.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC del Ecuador C.A. (EMESSEA)) <romina.cardenas@msc.com>
**Subject:** RE: AGROBERRUZ SEMANA 09 / ONE BANANAS

Estimada Andrea

Buen día,

Notar que nos encontramos verificando su requerimiento.

*Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva







Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com>
**Sent:** viernes, 26 de febrero de 2021 11:53
**To:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Pablo Perez <pperez@onebananas.com>; Mario Hernandez <mhernandez@onebananas.com>
**Subject:** Re: AGROBERRUZ SEMANA 09

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Flora tendrás respuesta sobre las reservas.

Saludos Cordiales

Ing. Andrea Ramirez | Exports Department

Cia. Agroberruz S. A.

Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador



El vie, 26 feb 2021 a las 9:42, <flora.jaramillo@msc.com> escribió:

Buen día,

Procederemos a revisar su requerimiento & regresaré con comentarios,

Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com>
**Sent:** viernes, 26 de febrero de 2021 9:34
**To:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Subject:** Re: AGROBERRUZ SEMANA 09

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenos dias

Estimada Flora, la temperatura es correcta estas unidades son sin atmósfera controlada, va en contenedores estándar.

Saludos Cordiales

Ing. Andrea Ramirez | Exports Department

Cia. Agroberruz S. A.

Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador



El vie, 26 feb 2021 a las 9:22, <flora.jaramillo@msc.com> escribió:

Estimada Andrea

Buen día,

Notar que las reservas fueron ingresadas cn la sgt temperatura, favor confirmar si es correcto:

| Week | TEMP | CBM | SHIPPER | Booking | Cant | Barco/Viaje | POL | POD |
|------|------|-----|---------|---------|------|-------------|-----|-----|
| 9 | 13,5 | 30 | AGROBERRUZ S.A. | 149IEC0124652 | 1 | CAPE PIONEER 2104W | GYE | SEATTLE |
| 9 | 13,5 | 30 | AGROBERRUZ S.A. | 149IEC0124653 | 1 | CAPE PIONEER 2104W | GYE | SEATTLE |
| 9 | 13,5 | 30 | AGROBERRUZ S.A. | 149IEC0124660 | 1 | CAPE PIONEER 2104W | GYE | SEATTLE |
| 9 | 13,5 | 30 | AGROBERRUZ S.A. | 149IEC0124661 | 1 | CAPE PIONEER 2104W | GYE | SEATTLE |

CAPE PIONEER 2104 W / TERMINAL: TPG WEEK 09
CUT OFF *** POR CONFIRMAR***

Sensitivity: Internal

---

**From:** Andrea Ramírez <aramirez@agroberruz.com>
**Sent:** jueves, 25 de febrero de 2021 16:55
**To:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Subject:** Re: AGROBERRUZ SEMANA 08

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Estimada Flora, 3 reservas seran generadas por Bananashi, Agroberruz genera de 4, detalle reservas:

2008203665

2008202677

2008205442

2008206188

Saludos Cordiales

Ing. Andrea Ramirez | Exports Department

Cia. Agroberruz S. A.

Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

El lun, 22 feb 2021 a las 10:56, <flora.jaramillo@msc.com> escribió:

Buen día,

Notar **CUT OFF ACTUALIZADO** de la nave:

SEASPAN BELLWETHER 2103 W / TERMINAL: TPG WEEK 08
CUT OFF ***DOMINGO 28 DE FEBRERO - HORA: 00:01***

***Consultanos y conoce las ventajas del servicio de transporte terrestre de nuestra filial TRAMARTER***

**Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332****

**El exportador cuenta con <mark>4 días</mark> laborables posteriores al cierre documental de la nave para el retiro del BL.**

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva



¡Califica nuestro servicio!



**De:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA))
**Enviado el:** viernes, 19 de febrero de 2021 17:35
**Para:** Andrea Ramírez <aramirez@agroberruz.com>
**Asunto:** RE: AGROBERRUZ SEMANA 08

Estimada

Buen día,

Notar detalle de reservas. OR serán enviadas en correo aparte.

| Week | TEMP | | SHIPPER | Booking | Inttra | Cant | Barco/Viaje - Puerto | POL | POD | CONTRATO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 14 | ATMOSFERA | AGROBERRUZ S.A. | 149IEC0124039 | 2008037790 | 1 | SEASPAN BELLWETHER 2103W - TPG | GYE | SEATTLE | 21-041WCSA | FLETE ELS GUATEM |
| 8 | 14 | ATMOSFERA | AGROBERRUZ S.A. | 149IEC0124041 | 2008034960 | 1 | SEASPAN BELLWETHER 2103W - TPG | GYE | SEATTLE | 21-041WCSA | FLETE ELS GUATEM |
| 8 | 14 | ATMOSFERA | AGROBERRUZ S.A. | 149IEC0124042 | 2008036767 | 1 | SEASPAN BELLWETHER 2103W - TPG | GYE | SEATTLE | 21-041WCSA | FLETE ELS GUATEM |
| 8 | 14 | ATMOSFERA | AGROBERRUZ S.A. | 149IEC0124043 | 2008038094 | 1 | SEASPAN BELLWETHER 2103W - TPG | GYE | SEATTLE | 21-041WCSA | FLETE ELS GUATEM |

**\*\*\*Consultanos y conoce las ventajas del servicio de transporte terrestre de nuestra filial TRAMARTER\*\*\***

\*\*Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

**\*\*El exportador cuenta con 4 días laborables posteriores al cierre documental de la nave para el retiro del BL.**

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W:** **www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva







---

**De:** Andrea Ramírez <aramirez@agroberruz.com>
**Enviado el:** viernes, 19 de febrero de 2021 15:11
**Para:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Asunto:** Re: AGROBERRUZ SEMANA 08

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Estimada Flora, detallo reservas generadas por 4 unidades, las 3 unidades restantes son para el exportador Bananashi

2008037790

2008034960

2008036767

2008038094

Saludos Cordiales

Ing. Andrea Ramirez | Exports Department

Cia. Agroberruz S. A.

Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

El vie, 19 feb 2021 a las 12:16, <flora.jaramillo@msc.com> escribió:

Estimada Andrea

Buen día,

Espacios confirmados:

> SEASPAN BELLWETHER 2103 W / TERMINAL: TPG WEEK 08
> CUT OFF TENTATIVO SÁBADO 27/FEBRERO/2021 – 04H00am

**\*\*\*Consultanos y conoce las ventajas del servicio de transporte terrestre de nuestra filial TRAMARTER\*\*\***

\*\*Estimado cliente en caso de presentar requerimientos especiales fuera de horario de oficina y fines de semana por favor dirigir su solicitud a **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

**\*\*El exportador cuenta con 4 días laborables posteriores al cierre documental de la nave para el retiro del BL.**

Saludos,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR C.A.**

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W:** **www.msc.com**

As agent only for MSC Mediterranean Shipping Company S.A., Geneva



   



---

**De:** Andrea Ramírez <aramirez@agroberruz.com>
**Enviado el:** viernes, 19 de febrero de 2021 10:02
**Para:** Flora Jaramillo (MSC del Ecuador C.A. (EMESSEA)) <flora.jaramillo@msc.com>
**Asunto:** AGROBERRUZ SEMANA 08

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenos días

Estimada Flora, para semana 8 solicito su ayuda confirmando 7 espacios con destino a Seattle.

Quedo atenta de su confirmación.

Saludos Cordiales

Ing. Andrea Ramirez | Exports Department

Cia. Agroberruz S. A.

Tel (593)42922-210 (593)42922-375
Cel: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador



*This message and any associated files (together the "Contents") are intended solely for the addressee(s). The Contents are confidential and may contain private information or information that is subject to copyright or is a trade secret or which is privileged. Views or opinions expressed herein do not necessarily represent views or opinions of MSC Mediterranean Shipping Company, its agents or their affiliated companies and may only be the view or opinion of the author. If you are not the intended recipient of this email, you must not use, print, copy, store, forward, or disclose it or act in reliance of the Contents. Please destroy all copies of the message and any associated files and notify the sender immediately that you have received it in error. Thank you for your cooperation.*

Sensitivity: Internal

Sensitivity: Internal

Sensitivity: Internal

English Translation

**From:** aramirez@agroberruz.com
**Sent:** Monday, March 1, 2021 2:48 PM
**To:** flora.jaramillo@msc.com
**CC:** pperez@onebananas.com; darteaga@agroberruz.com; diana.andrade@msc.com;
mhernandez@onebananas.com; romina.cardenas@msc.com; marjorie.mendoza@msc.com
**Subject:** Re: AGROBERRUZ WEEK 09 / ONE BANANAS
**Attachments:** doc01154020210301144504.pdf

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Attach.

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296 Zip

Code 090150

Guayaquil, Ecuador

On Mon, 1 Mar 2021 at 13:19, <flora.jaramillo@msc.com> wrote:

Dear Andrea,

Good day,

Please your kind help correcting the letter, consider that it should be on company letterhead Bitterberry,

I remain attentive

Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com> **Sat:**
Monday, March 1, 2021 1:12 PM
**To:** Pablo Pérez <pperez@onebananas.com>
**Cc:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>; Dayra Arteaga
<darteaga@agroberruz.com>; Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com>; Mario
Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>;
Marjorie Mendoza (MSC from Ecuador CA

(EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** Re: AGROBERRUZ WEEK 09 / ONE BANANAS

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

I enclose your review please.

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

On Mon, 1 Mar 2021 at 10:46, Pablo Pérez (<pperez@onebananas.com>) wrote:

Adding Andrea and Dayra from Agroberruz.

Can you please support us by filling out and signing the letter requested by MSC.

They are asking us for the same, since the teams will leave without a controlled atmosphere.

Cheers,

On Mon, 1 Mar 2021 at 9:42, <flora.jaramillo@msc.com> wrote:

dear paul

Correct, the exporter (shipper) must sign the letter of responsibility (LOI).

*Dear customer, if you have special requirements outside of office hours and on weekends, please address your request to **EC149-csvreefers.mscecuador@msc.com / 0980336332****

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



¡Califica nuestro servicio!



Sensitivity: Internal

---

**From:** Pablo Pérez <pperez@onebananas.com>
**Sent:** Monday, March 1, 2021 10:36
**To:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC Ecuador CA (EMESSEA)) <marjorie.mendoza@msc.com>

**Subject:** Re: AGROBERRUZ WEEK 09 / ONE BANANAS

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Flora,

Does this letter have to be signed by the shipper?

Please confirm.

Cheers,

On Mon, 1 Mar 2021 at 9:31, <flora.jaramillo@msc.com> wrote:

Dear Paul,

Good day,

Attached LOI format, please help by sending it via pdf by this means.

*Dear customer, if you have special requirements outside of office hours and on weekends, please address your request to **EC149-csvreefers.mscecuador@msc.com / 0980336332*** *

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



¡Califica nuestro servicio!

Sensitivity: Internal

---

**From:** Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com> **Sat:**
Monday, March 1, 2021 10:28 AM
**To:** Pablo Pérez <pperez@onebananas.com>; Flora Jaramillo (MSC Ecuador CA (EMESSEA))
<flora.jaramillo@msc.com>
**Cc:** Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC from Ecuador CA
(EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC Ecuador CA (EMESSEA))
<marjorie.mendoza@msc.com>
**Subject:** RE: AGROBERRUZ WEEK 09 / ONE BANANAS

Dear Paul,

Noticed.

Flora please send format for your signature.

Thanks.

Best regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**

Av. Fco de Orellana , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W: www.msc.com**

As agent for MSC Mediterranean Shipping Company SA, Geneva



¡Califica nuestro servicio!



**From:** Pablo Pérez <pperez@onebananas.com>
**Sat:** Monday, March 1, 2021 10:27 AM
**To:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC Ecuador CA (EMESSEA)) <marjorie.mendoza@msc.com>

**Subject:** Re: AGROBERRUZ WEEK 09 / ONE BANANAS

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Flora/Diana good morning,

We will sign the letter if necessary, but we will be sending the equipment without a controlled atmosphere.

Cheers,

On Mon, 1 Mar 2021 at 9:24, <flora.jaramillo@msc.com> wrote:

Machine Translated by Google

Dear Pablo/Mario

Hello,

Please your kind help with comments, regarding previous mail:

**\*quote\***

According to the contract and transit time to Seattle, we had only negotiated to handle it with a controlled atmosphere.

Please confirm the non-use of ACS according to the exporter's request, in case of non-use the exporter must sign a letter of responsibility (LOI).

**\*I don't quote\***
......................................................................................

We remain attentive

Thanks in advance,

*Dear customer, if you have special requirements outside of office hours and on weekends, please address your request to **EC149-csvreefers.mscecuador@msc.com / 0980336332\*\***

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



¡Califica nuestro servicio!



Sensitivity: Internal

---

**From:** Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com> **Sat:** Friday, February 26, 2021 12:04 PM
**To:** Pablo Pérez <pperez@onebananas.com>; Mario Hernandez <mhernandez@onebananas.com>
**Cc:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>; Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>; Marjorie Mendoza (MSC Ecuador CA (EMESSEA)) <marjorie.mendoza@msc.com>
**Subject:** FW: AGROBERRUZ WEEK 09 / ONE BANANAS

Dear Pablo/Mario,

According to the contract and transit time to Seattle, we had only negotiated to handle it with a controlled atmosphere.

Please confirm the non-use of ACS according to the exporter's request, in case of non-use the exporter must sign a letter of responsibility (LOI).

I remain attentive to your comments.

Thanks.

Best regards,

**Diana Andrade**

Liner of Americas and Far East

**MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA**

Av. Fco de Orellana  , Bldg. Centrum, Floor 15, Of. 2 Guayaquil, Ecuador

**T:** +593-4-381 1900 ext: 303 **M:** 593-9-98877472 **W:** w**ww.msc.com**

As agent for MSC Mediterranean Shipping Company SA, Geneva



 ¡Califica nuestro servicio!

Machine Translated by Google

**From:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com> **Sent:** Friday, February 26, 2021 11:55

**To:** Andrea Ramírez <aramirez@agroberruz.com>; Diana Andrade (MSC Ecuador CA (EMESSEA)) <diana.andrade@msc.com>

**Cc:** Pablo Perez <pperez@onebananas.com>; Mario Hernandez <mhernandez@onebananas.com>; Romina Cardenas (MSC Ecuador CA (EMESSEA)) <romina.cardenas@msc.com>

**Subject:** RE: AGROBERRUZ WEEK 09 / ONE BANANAS

Dear Andrea

Good day,

Note that we are verifying your request.

*Dear customer, if you have special requirements outside of office hours and on weekends, please address your request to **EC149-csvreefers.mscecuador@msc.com / 0980336332****

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



mscfoundation.org/donate-now

¡Califica nuestro servicio!



Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com> **Sent:**
Friday, February 26, 2021 11:53
**To:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>
**Cc:** Pablo Perez <pperez@onebananas.com>; Mario Hernandez <mhernandez@onebananas.com>
**Subject:** Re: AGROBERRUZ WEEK 09

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Flora you will have an answer about the reservations.

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

On Fri, 26 Feb 2021 at 9:42, <flora.jaramillo@msc.com> wrote:

Good day,

We will proceed to review your requirement & I will return with comments,

Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com> **Sat:**
Friday, February 26, 2021 9:34 AM
**To:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>
**Subject:** Re: AGROBERRUZ WEEK 09

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

good morning

Dear Flora, the temperature is correct, these units are not controlled atmosphere, they go in standard containers.

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador



On Fri, 26 Feb 2021 at 9:22, <flora.jaramillo@msc.com> wrote:

Dear Andrea

Good day,

Note that the reservations were entered with the sgt temperature, please confirm if it is correct:

| WEEK | TEMP | CBM | | SHIPPER | booking | Qty | Boat/Travel | POL | POD |
|------|------|-----|--|---------|---------|-----|-------------|-----|-----|
| 9 | 13.5 | 30 | | AGROBERRUZ SA | 149IEC0124652 | 1 | CAPE PIONEER 2104W GYE | | SEATTLE |
| 9 | 13.5 | 30 | | AGROBERRUZ SA | 149IEC0124653 | 1 | CAPE PIONEER 2104W GYE | | SEATTLE |
| 9 | 13.5 | 30 | | AGROBERRUZ SA | 149IEC0124660 | 1 | CAPE PIONEER 2104W GYE | | SEATTLE |
| 9 | 13.5 | 30 | | AGROBERRUZ SA | 149IEC0124661 | 1 | CAPE PIONEER 2104W GYE | | SEATTLE |

CAPE PIONEER 2104 W / TERMINAL: TPG WEEK 09

CUT OFF *** TO BE CONFIRMED ***

Sensitivity: Internal

**From:** Andrea Ramírez <aramirez@agroberruz.com> **Sent:**
Thursday, February 25, 2021 4:55 PM
**To:** Flora Jaramillo (MSC Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com>
**Subject:** Re: AGROBERRUZ WEEK 08

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Dear Flora, 3 reserves will be generated by Bananashi, Agroberruz generates 4, detailed reserves:

Machine Translated by Google

2008203665

2008202677

2008205442

2008206188

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

On Mon, 22 Feb 2021 at 10:56, <flora.jaramillo@msc.com> wrote:

Good day,

Note ship's UPDATED CUT OFF:

SEASPAN BELLWETHER 2103 W/ TERMINAL: TPG WEEK 08
CUT OFF ***SUNDAY, FEBRUARY 28 - TIME: 00:01***

***Ask us and learn about the advantages of the land transport service of our subsidiary TRAMARTER***

**Dear client, if you have special requirements outside of office hours and on weekends, please direct your request to EC149-csvreefers.mscecuador@msc.com / 0980336332**

**The exporter has 4 working days after the documentary closing of the ship to withdraw the BL.

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Machine Translated by Google

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



mscfoundation.org/donate-now

¡Califica nuestro servicio!



**From:** Flora Jaramillo (MSC of Ecuador CA (EMESSEA))
**Sent on:** Friday, February 19, 2021 5:35 PM
**To:** Andrea Ramírez <aramirez@agroberruz.com>
**Subject:** RE: AGROBERRUZ WEEK 08

Estimated

Good day,

Note reservation details. OR will be sent in a separate mail.

| WEEK | TEMP | SHIPPER | booking | | Inside | Qty | Boat/Travel - Port | POL | POD | CONTRACT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 14 ATMOSPHERE | AGROBERRUZ SA | 149IEC0124039 | 2008037790 | 1 | | SEASPAN BELWETHER 2103W - TPG | GYE | SEATTLE | twenty-one-041WCSA | FREIGHT ELS GUATE |
| 8 | 14 ATMOSPHERE | AGROBERRUZ SA | 149IEC0124041 | 2008034960 | 1 | | SEASPAN BELWETHER 2103W - TPG | GYE | SEATTLE | twenty-one-041WCSA | FREIGHT ELS GUATE |
| 8 | 14 ATMOSPHERE | AGROBERRUZ SA | 149IEC0124042 | 2008036767 | 1 | | SEASPAN BELWETHER 2103W - TPG | GYE | SEATTLE | twenty-one-041WCSA | FREIGHT ELS GUATE |
| 8 | 14 ATMOSPHERE | AGROBERRUZ SA | 149IEC0124043 | 2008038094 | 1 | | SEASPAN BELWETHER 2103W - TPG | GYE | SEATTLE | twenty-one-041WCSA | FREIGHT ELS GUATE |

**\*\*\*Ask us and learn about the advantages of the land transport service of our subsidiary TRAMARTER\*\*\***

\*\*Dear client, if you have special requirements outside of office hours and on weekends, please direct your request to **EC149-csvreefers.mscecuador@msc.com / 0980336332\*\***

**\*\*The exporter has 4 working days after the documentary closing of the ship to withdraw the BL.**

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



  



**From:** Andrea Ramírez <aramirez@agroberruz.com>
**Sent on:** Friday, February 19, 2021 15:11 **To:** Flora
Jaramillo (MSC del Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com> **Subject:** Re:
AGROBERRUZ WEEK 08

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Buenas tardes

Dear Flora, I detail reserves generated by 4 units, the remaining 3 units are for the exporter Bananashi

2008037790

2008034960

Machine Translated by Google

2008036767

2008038094

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

On Fri, 19 Feb 2021 at 12:16, <flora.jaramillo@msc.com> wrote:

Dear Andrea

Good day,

Confirmed spaces:

SEASPAN BELLWETHER 2103 W/ TERMINAL: TPG WEEK 08
TENTATIVE CUT OFF SATURDAY 27/FEBRUARY/2021 – 04H00am

**\*\*\*Ask us and learn about the advantages of the land transport service of our subsidiary TRAMARTER\*\*\***

\*\*Dear client, if you have special requirements outside of office hours and on weekends, please direct your request to **EC149-csvreefers.mscecuador@msc.com / 0980336332**\*\*

**\*\*The exporter has 4 working days after the documentary closing of the ship to withdraw the BL.**

Cheers,

Best Regards / Salutations,

**Flora Jaramillo Moya**

Commercial Department – Customer Service Reefers

MSC MEDITERRANEAN SHIPPING COMPANY ECUADOR CA

Av. Francisco de Orellana # 501 and Alberto Borges, 15th floor, Office 2.

Guayaquil, Ecuador

**T:** +593 4 3811900 ext: 340 **W: www.msc.com**

As agent only for MSC Mediterranean Shipping Company SA, Geneva



   



---

**From:** Andrea Ramírez <aramirez@agroberruz.com>
**Sent on:** Friday, February 19, 2021 10:02 **To:** Flora
Jaramillo (MSC del Ecuador CA (EMESSEA)) <flora.jaramillo@msc.com> **Subject:** AGROBERRUZ
WEEK 08

CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello

Dear Flora, for week 8 I request your help confirming 7 spaces destined for Seattle.

I look forward to your confirmation.

Best regards

Ing. Andrea Ramirez | Export Department

Cia. Agroberruz SA

Phone (593)42922-210 (593)42922-375
Cell: 593 9 94089296

Zip Code 090150
Guayaquil, Ecuador

*This message and any associated files (together the "Contents") are intended solely for the addressee(s). The Contents are confidential and may contain private information or information that is subject to copyright or is a trade secret or which is privileged. Views or opinions expressed herein do not necessarily represent views or opinions of MSC Mediterranean Shipping Company, its agents or their affiliated companies and may only be the view or opinion of the author. If you are not the intended recipient of this email, you must not use, print, copy, store, forward, or disclose it or*
*act in reliability of the Contents. Please destroy all copies of the message and any associated files and notify the sender immediately that you have received it in error. Thank you for your cooperation.------MSC*

Sensitivity: Internal

Sensitivity: Internal

Sensitivity: Internal