# EXHIBIT D

## LETTER OF INDEMNITY (LOI)

To: Mediterranean Shipping Company (MSC)

I, **(Mario Bolívar Lara Quirola)**, legal representative of **(Bananashi S.A.)**, with commercial number or RUC: **(0993021253001)**, a company incorporated under the Laws of **(Ecuador)**, with Head Offices located **(Guayaquil)**, hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes **(Bananashi S.A.)** as the Shipper even though I, acting on behalf of **(ONE BANANA INC)**, will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date **(February 17th, 2021).**

A: Mediterranean Shipping Company (MSC)

Yo, **(Mario Bolívar Lara Quirola)**, representante legal de **(Bananashi S.A. )**, compañía con número de registro comercial RUC: **(0993021253001)**, compañía constituida bajo las Leyes de **(Ecuador)**, con Domicilio Legal en **(Guayaquil)**, señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings (149IEC0122652) para el transporte de carga donde en el conocimiento de embarque se establezca a **(Bananashi S.A.)** como el embarcador pese a que el suscrito, a nombre de **(ONE BANANA INC)** es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha **(Febrero 17, 2021).**

Mario Bolívar Lara Quirola
Cedula/pasaporte N° **(0703225870)**
RUC **(0993021253001).**

**AGROBERRUZ S.A.**
**LETTER OF INDEMNITY (LOI)**



To: Mediterranean Shipping Company (MSC)

I, , Gonzalo Secundino Pazmiño Perez, legal representative of AGROBERRUZ, with commercial number: 0992783176001, a company incorporated under the Laws of Ecuador, with Head Offices located GUAYAQUIL, hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes ONE BANANAS INC as the Shipper even though I, acting on behalf of AGROBERRUZ,, will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date: 04 de marzo de 2021

---

A: Mediterranean Shipping Company (MSC)

Yo, Gonzalo Secundino Pazmiño Perez, representante legal de **AGROBERRUZ** compañía con número de registro comercial INN: 0992783176001, compañía constituida bajo las Leyes de ECUADOR, con Domicilio Legal en GUAYAQUIL, señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a ONE BANANA INC como el embarcador pese a que el suscrito, a nombre de AGROBERRUZ es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha: 04 de marzo de 2021

---

Gonzalo Pazmiño Perez
1202634232
0992783176001

Km. 1.5 Cdla. La Herradura, Av. Juan Tanca Marengo s/n y Av. Agustín Freire Mz. 18, Solar 1, Edif. C.C. Dicentro 1er. Piso, Ofic. 17
Teléfonos: 042 922210 / 042 922375, Cell.: 0994089296 / 0994087473
www.agroamerica.com

**OBSA ORO BANANA SOCIEDAD ANONIMA**

## LETTER OF INDEMNITY (LOI)

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO legal representative of **OBSA ORO BANANA S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR with Head Offices located MACHALA hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A..**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL 2021

6 RESERVAS INTTRA

2010925303 , 2010923623 , 2010923626 , 2010920762 , 2010925317 , 2010924504

TEMPERATURA 13. 5 oC
VENTILACION 30 CBM

(f)…………………………………..…

Nombre JORGE ANDRES CORDOVA SERRANO
Cargo GERENTE GENERAL
C.I. 0703845743

**OBSA ORO BANANA SOCIEDAD ANONIMA**

## LETTER OF INDEMNITY (LOI)

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO legal representative of **OBSA ORO BANANA S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR with Head Offices located MACHALA hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

---

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A..**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL 2021

---

6 RESERVAS INTTRA

2011137310 , 2011136788 , 2011136792 , 2011138247 , 2011138252 , 2011138255

TEMPERATURA 13. 5 oC

VENTILACION 30 CBM



(f)……………………………………..…

Nombre JORGE ANDRES CORDOVA SERRANO

Cargo GERENTE GENERAL

C.I. 0703845743

**OBSA ORO BANANA SOCIEDAD ANONIMA**

**LETTER OF INDEMNITY (LOI)**

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO legal representative of **OBSA ORO BANANA S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR with Head Offices located MACHALA hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A..**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL 2021

8 RESERVAS INTTRA

2011352974  2011355527  2011355529  2011356501

2011352996 2011353933  2011357456   2011354736

TEMPERATURA 13. 5  oC
VENTILACION 30 CBM



(f)……………………………………..…
Nombre  JORGE ANDRES CORDOVA SERRANO
Cargo GERENTE GENERAL
C.I. 0703845743

**OBSA ORO BANANA SOCIEDAD ANONIMA**

**LETTER OF INDEMNITY (LOI)**

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO  legal representative of **OBSA ORO BANANA  S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR  with Head Offices located MACHALA  hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A..**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador  con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL  2021

4 RESERVAS INTTRA

2011589342  2011592166  2011589350  2011587953

TEMPERATURA 13. 5  oC
VENTILACION 30 CBM

(f)………………………………….…
Nombre  JORGE ANDRES CORDOVA SERRANO
Cargo GERENTE GENERAL
C.I. 0703845743

25 de Junio 620 e/.Santa Rosa y Vela * Telfs: 2930027-2930029-2930977-2931137-2930919 * Fax: 2923908 * Casilla 489
e-mail: obsa@ecua.net.ec * Machala - El Oro - Ecuador

**OBSA ORO BANANA SOCIEDAD ANONIMA**

**LETTER OF INDEMNITY (LOI)**

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO legal representative of **OBSA ORO BANANA S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR with Head Offices located MACHALA hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A..**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL 2021

**RESERVAS**

N.1 ORDEN INTTRA 2010704418 N.2 ORDEN INTTRA 2010704427 N.3 ORDEN INTTRA 2010707149 N.4 ORDEN INTTRA 2010703468 N.5 ORDEN INTTRA 2010707158 N.6 ORDEN INTTRA 2010707164 N.7 ORDEN INTTRA 2010703474

TEMPERATURA 13. 5 oC
VENTILACION 30 CBM

(f)………………………………….…

Nombre JORGE ANDRES CORDOVA SERRANO
Cargo GERENTE GENERAL
C.I. 0703845743

25 de Junio 620 e/.Santa Rosa y Vela * Telfs: 2930027-2930029-2930977-2931137-2930919 * Fax: 2923908 * Casilla 489
e-mail: obsa@ecua.net.ec * Machala - El Oro - Ecuador

**OBSA ORO BANANA SOCIEDAD ANONIMA**

**LETTER OF INDEMNITY (LOI)**

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO legal representative of **OBSA ORO BANANA S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR with Head Offices located MACHALA hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1.  To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2.  To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A..**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1.  A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2.  A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL 2021

**RESERVAS**

N.1 ORDEN INTTRA **2010417723**  N.2 ORDEN INTTRA  2010416729
N.3 ORDEN INTTRA **2010414993**

TEMPERATURA 13. 5 oC
VENTILACION 30 CBM

(f)……………………………………..…

Nombre  JORGE ANDRES CORDOVA SERRANO
Cargo GERENTE GENERAL
C.I. 0703845743

**OBSA ORO BANANA SOCIEDAD ANONIMA**

## LETTER OF INDEMNITY (LOI)

To: Mediterranean Shipping Company (MSC)

I, JORGE CORDOVA SERRANO  legal representative of **OBSA ORO BANANA  S.A,** with commercial number: 0990123071001, a company incorporated under the Laws of ECUADOR  with Head Offices located MACHALA  hereby state as follows:

We have requested MSC to accept booking reservation made by us whereby the bill of lading includes OBSA ORO BANANA S.A as the Shipper even though I, acting on behalf of ONE BANANA NORTH AMERICA CORP will be requesting the booking for carriage.

In consideration of MSC complying with our request, we hereby agree as follows:

1. To indemnify MSC, its servants and agents and to hold all of them harmless in respect of any liability, loss, damage or expense of whatever nature which they may sustain in relation to the carriage of the above said cargo.

2. To pay, without any type of challenge, delay and immediate upon being called to do so, any and all outstanding charges related to this booking, including but not limited to freight, local costs, demurrage, detention costs, port costs, roll-over, storage and any other costs required by MSC as a result of carriage.

This indemnity shall be governed by and construed in accordance with the law and jurisdiction clause applicable to the relevant bill of lading.

Date 26 APRIL 2021

A: Mediterranean Shipping Company (MSC)

Yo, JORGE CORDOVA SERRANO , representante legal de **OBSA ORO BANANA S.A.**, compañía con número de registro comercial INN: 0990123071001, compañía constituida bajo las Leyes de Ecuador  con Domicilio Legal en MACHALA señalo lo siguiente:

Hemos solicitado a MSC que acepte reservaciones o bookings para el transporte de carga donde en el conocimiento de embarque se establezca a OBSA ORO BANANA S.A. como el embarcador pese a que el suscrito, a nombre de ONE BANANA NORTH AMERICA CORP.es quien solicita el transporte.

En consideración a que MSC cumpla con nuestro pedido, nos comprometemos a lo siguiente:

1. A indemnizar a MSC, sus empleados y agentes y a mantenerlos indemnes respecto a cualquier responsabilidad, pérdida, daño o costo de cualquier naturaleza que puedan sufrir en relación al transporte de la carga descrita anteriormente.

2. A pagar, sin ningún tipo de oposición, demora y de forma inmediata al ser requeridos de hacerlo, todos y cada uno de los valores pendientes relacionados con la reserve, incluidos pero sin limitarse a flete, costos locales, demoraje, costos de detención, costos en puerto, roll-over, almacenaje y cualquier otro costo requerido por MSC como resultado del transporte.

Este compromiso de indemnización será gobernado por e interpretado de acuerdo con la cláusula de ley y jurisdicción aplicable al conocimiento de embarque respectivo.

Fecha 26 DE ABRIL  2021

## RESERVAS

N.1 ORDEN INTTRA  2010216995  N.2 ORDEN INTTRA  2010220160  N.3 ORDEN INTTRA 2010222003

N.4 ORDEN INTTRA 2010216956  N.5 ORDEN INTTRA  2010219645

TEMPERATURA 13. 5  oC
VENTILACION 30 CBM

OBSA Oro Banana S.A.
Jorge Andrés Córdova S.
GERENTE GENERAL

(f)……………………………………..…
Nombre  JORGE ANDRES CORDOVA SERRANO
Cargo GERENTE GENERAL
C.I. 0703845743